# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Frontier Communications of America, Inc., and The Southern New England Telephone Company, and SNET America, Inc.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>Mobi Telecom, LLC and John Does 1-10,<br><br>　　Defendants. | Civil Action No. 3:22-cv-00218 (MPS) |

## ORDER

**WHEREAS**, this action was commenced on February 8, 2022, by the filing of the Summons and Complaint by Frontier Communications of America, Inc., The Southern New England Telephone Company, and SNET America, Inc. ("Plaintiffs");

**WHEREAS**, a copy of the Summons and Complaint has been duly served on Mobi Telecom, LLC ("Defendant"), as set forth in the proof of service filed with this Court (*see* ECF Nos. 13 and 17);

**WHEREAS,** the time for answering the Complaint has expired;

**WHEREAS,** the well-pleaded allegations and other materials in the record establish liability against Defendant on all counts in the Complaint (ECF No. 1);

**WHEREAS,** on September 14, 2022, the Court entered default as to Defendant for failure to plead or otherwise defend under Fed. R. Civ. P. 55(a) (ECF No. 32);

**WHEREAS**, on October 14, 2022, Plaintiffs filed a Motion for Default Judgment (ECF No. 34);

**WHEREAS**, the Court, on September 1, 2023, granted Plaintiffs' Motion for Default Judgment as to liability against Defendant, but denied the Motion's requested remedies, without prejudice to further submissions from Plaintiffs providing more details and justification for their requested remedies;

**WHEREAS**, on October 10, 2023, Plaintiffs filed a further submission narrowing their requested injunctive relief and forgoing other forms of relief (ECF No. 37);

**WHEREAS,** based on the Court's review of Plaintiffs' further submission filed on October 10, 2023 (ECF No. 37), the record and the submissions related to Plaintiffs' request for default judgment, it is hereby:

### ORDERED, ADJUDGED, AND DECREED:

That the Defendant is liable to Plaintiffs on all counts in the Complaint, and Plaintiffs shall have judgment against Defendant Mobi Telecom, LLC on all counts with the following relief awarded in Plaintiffs' favor: A permanent injunction prohibiting Defendant from routing phone calls to Plaintiffs' customers made using an automatic telephone dialing system to initiate any telephone call to any residential telephone line using an artificial or prerecorded voice to deliver a message without the prior express consent of the called party, unless the call is initiated for emergency purposes.

The Clerk of Court is directed to terminate that motion and to close the case.

Dated: Hartford, Connecticut
October 17, 2023                              /s/
                                      The Honorable Michael P. Shea
                                      U.S. District Court Judge

25735991_1